*In re* GUIDETTE LARACUENTE SÁNCHEZ.

*Número:* TS-9538          *Resuelto:* 18 de enero de 2006

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Salvador Antonetti Stutts*, procurador general; *Guidette Laracuente Sánchez*, peticionaria.

## RESOLUCIÓN

Examinada la Moción de Reconsideración presentada por Guidette Laracuente Sánchez a la luz de la compare-

cencia del Colegio de Abogados y la Oficina del Procurador General, *se ordena su reinstalación al ejercicio de la abogacía.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

*(Fdo.)* Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*